**EXHIBIT A**

**COMPARISON BETWEEN TRADITIONAL 7(A) AND PPP LOANS**

| # | Requirement | Section 7(a) Program | Paycheck Protection Program |
|---|---|---|---|
| R1 | Maximum loan amount? | $5 million.[1] | $10 million.[2] |
| R2 | Maximum SBA guarantee? | 85% of the loan amount for loans up to $150,000.<br><br>75% of the loan amount for loans over $150,000 up maximum of $3.75 million[3] | 100%[4] |
| R3 | Interest rate on loan? | 5.0%–8.0% + prime[5] | 1%[6] |
| R4 | Upfront guarantee fee paid to SBA? | Yes. Upfront guarantee fee paid by the Lender to the SBA of | No[8] |

---

[1] *See* 15 U.S.C. § 636(a)(3)(A); 13 CFR § 120.151.

[2] *See* 15 U.S.C. § 636(a)(36)(E)(ii).

[3] 13 C.F.R. § 120.210 and 13 C.F.R. § 120.151.

[4] 85 Fed. Reg. 20811, 20812.

[5] Small Business Administration, "Terms, conditions, and eligibility," *available at* https://www.sba.gov/partners/lenders/7a-loan-program/terms-conditions-eligibility#sectionheader-5.

[6] U.S. Treasury, Paycheck Protection Program (PPP) Fact Sheet, *available at* https://home.treasury.gov/system/files/136/PPP--Fact-Sheet.pdf.

[8] 15 U.S.C. § 636(a)(36)(H)(ii); 85 Fed. Reg. 20811, 20816.

| # | Requirement | Section 7(a) Program | Paycheck Protection Program |
|---|---|---|---|
| | | 0.25%−3.75%. The fee may be passed onto the borrower.[7] | |
| R5 | Annual guarantee fee to SBA? | Lender pays the SBA 0.55% of the outstanding guaranteed balance annually. May not be passed on to borrower.[9] | No.[10] |
| R6 | Lender fees paid for processing loan? | No. The SBA does not pay lender processing fees. | Yes. 1% to 5% of loan amount, approximately 20% of which are for the benefit of the Agent.[11] |
| R7 | Agent fees paid out of lender processing fees? | No.   Lender processing fees do not exist. | Yes. The Agent Fee of 0.25%−1% of loan amount is included in the Lender Fee for the benefit of the Agent.[12] |
| R8 | Can agent charge fees to | Yes.[13] Must use Form 159.[14] | No.   "Agents may not collect fees |

---

[7] 15 U.S.C. § 636(a)(18)(A); 13 CFR § 120.220(a)(1).
[9] 15 U.S.C. § 636(a)(23)(A)-(B).
[10] 15 U.S.C. § 636(a)(36)(H)(i); 85 Fed. Reg. 20811, 20816.
[11] 15 U.S.C. § 636(a)(36)(P)(i); 85 Fed. Reg. 20811, 20816.
[12] 85 Fed. Reg. 20811, 20816.
[13] 13 C.F.R. § 103.5.
[14] "SBA provides the form of compensation agreement." 13 C.F.R. § 103.5. The SBA's suggested form of agreement is SBA Form 159. SBA Form 159, Fee Disclosure and Compensation Agreement, available at https://www.sba.gov/sites/default/files/2018-09/Form%20159%20-%20%28FINAL%29%209.10.18.pdf (last accessed Oct. 23, 2020).

| # | Requirement | Section 7(a) Program | Paycheck Protection Program |
|---|---|---|---|
|  | borrower? | "[Form 159] must be completed and signed by the SBA Lender and the Applicant *whenever an Agent is paid by either the Applicant* or the SBA Lender *in connection with the SBA loan application. Each Agent paid by the Applicant to assist it in connection with its application must also complete and sign the form*. When an Agent is paid by the SBA Lender, the SBA Lender must complete this form and the SBA Lender and Applicant must both sign the form."[15] | from the borrower or be paid out of the PPP loan proceeds."[16] |
| R9 | **Contingent agent fees allowed?** | No. "The SBA does not allow contingency fees (fees paid only if the loan is approved) or charges for services which are not reasonably necessary in connection with an | Yes. The Agent Fee is contingent on the loan being funded.[18] |

---

[15] *Id.* (emphasis added).

[16] 85 Fed. Reg. 20811, 20816.

[18] 15 U.S.C. § 636(a)(36)(P)(i); *see also* 85 Fed. Reg. 20811, 20816 ("[a]gent fees will be paid by the lender out of the fees the lender receives from the SBA.")

| # | Requirement | Section 7(a) Program | Paycheck Protection Program |
|---|---|---|---|
| | | application." Form 159.[17] | |
| R10 | **Borrower collateral required?** | Yes—to the maximum extent possible for loans over $25,000[19] | No.[20] |
| R11 | **Is loan forgivable?** | No. | Yes. 100% forgivable.[21] |
| R12 | **Borrowers unable to obtain credit elsewhere?** | Borrower must show they are unable to obtain credit elsewhere to qualify.[22] | No.[23] |
| R13 | **Personal guarantee required?** | Yes.[24] | No.[25] |
| R14 | **Business qualifications?** | Must qualify as a "small business concern" under SBA size and revenue | All businesses, sole proprietorships, independent contractors with 500 or |

---

[17] SBA Form 159, Fee Disclosure and Compensation Agreement, available at https://www.sba.gov/sites/default/files/2018-09/Form%20159%20-%20%28FINAL%29%209.10.18.pdf (last accessed Oct. 23, 2020).

[19] SOP 50 10 5(B), Lender and Development Company Loan Programs, Page 181

[20] 15 U.S.C. § 636(a)(36)(J)(ii); 85 Fed. Reg. 20811, 20816.

[21] 85 Fed. Reg. 20811, 20816.

[22] 15 U.S.C. § 636(a)(1)(A).

[23] 15 U.S.C. § 636(a)(36)(I).

[24] 15 U.S.C. § 636(a)(36)(J)(ii)

[25] 15 U.S.C. § 636(a)(36)(J)(ii)

| # | Requirement | Section 7(a) Program | Paycheck Protection Program |
|---|---|---|---|
| | | standards.[26] | fewer employees qualify.[27] |

---

[26] 15 U.S.C. § 636(a); 15 U.S. C. § 632.
[27] 15 U.S.C. § 636(a)(36)(D).