IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PANDA GROUP, PC d/b/a PANDA ACCOUNTING, on behalf of a class of similarly situated businesses and individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA N.A.; CHASE BANK USA, N.A.; MOUNTAIN AMERICA FEDERAL CREDIT UNION d/b/a MOUNTAIN AMERICA CREDIT UNION; and UNIVERSITY FIRST FEDERAL CREDIT UNION d/b/a UNIVERSITY FEDERAL CREDIT UNION,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 4:20-cv-00045-DN-PK<br><br>District Judge David Nuffer |

Based on the parties' Joint Stipulation of Dismissal With Prejudice ("Stipulation"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Stipulation[2] is GRANTED. All of Plaintiffs' claims against all Defendants and this action are DISMISSED with prejudice. Each party shall bear its own costs and fees.

The Clerk is directed to close the case.

Signed January 20, 2021.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Docket no. 81, filed Jan. 19, 2021.

[2] *Id.*